36554. BRANAN v. EAST POINT PENSION COMMITTEE et al.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED AUGUST 8, 1980 — DECIDED SEPTEMBER 24, 1980.

*Albert A. Roberts,* for appellant.
*Sparrow, Barnes, Barron & Wallhausen, E. Wayne Wallhausen,* for appellees.